1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS E. KELLOGG,

Plaintiff,

v.

STATE OF CALIFORNIA,

Defendant.

_____/

No. C 11-00118 SBA (PR)

**ORDER OF DISMISSAL**

This action was opened in error when the Court received a civil rights complaint form and an in forma pauperis application from Plaintiff that was intended to be filed in a previously-filed action -- Case No. C 10-5802 SBA (PR).  Plaintiff had only filed a motion for leave to proceed in forma pauperis in Case No. C 10-5802 SBA (PR); therefore, he was informed by the Clerk of the Court that his action could not go forward until he filed with the Court a civil rights complaint form or a habeas corpus petition form.  The Clerk also notified Plaintiff that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months.  The Clerk informed him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application.  The Clerk sent Plaintiff blank civil rights complaint, habeas corpus petition and in forma pauperis application forms and told him that he must return the completed forms within thirty days or his action would be dismissed.

Plaintiff completed and filed a civil rights complaint form and another in forma pauperis application; however, he did not indicate that they were to be filed in Case No. C 10-5802 SBA (PR).  Therefore, as mentioned above, this new action was opened in error.

**United States District Court**
For the Northern District of California

1    Plaintiff currently has two separate civil rights actions pending, although he meant to file

2  only one action.  Accordingly, the Clerk is directed to remove Plaintiff's civil rights complaint form

3  and his <u>in forma pauperis</u> application from this action, to file them in his previously-filed action,

4  Case No. C 10-5802 SBA (PR), and to docket them as his "Complaint" and his "Motion for Leave to

5  Proceed <u>In Forma Pauperis</u>."  The Clerk is further directed to mark them as filed on January 10,

6  2011, the date they was received by the Court.  The Court will review the complaint and <u>in forma</u>

7  <u>pauperis</u> application in a separate written Order in Case No. C 10-5802 SBA (PR).

8    The present action is DISMISSED because it was opened in error.  No filing fee is due.  The

9  Clerk shall close the file.

10    IT IS SO ORDERED.

11  DATED: 2/9/11 _____          _____
                                                       SAUNDRA BROWN ARMSTRONG
12                                                     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  DENNIS E KELLOGG,                          Case Number: CV11-00118 SBA

               Plaintiff,
5                                             **CERTIFICATE OF SERVICE**

      v.
6
   CALIFORNIA STATE OF et al,
7
               Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on February 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
12 located in the Clerk's office.

13

14

15 Dennis E. Kellogg
   3500 Data Drive
16 #233
   Rancho Cordova, CA 95670
17
   Dated: February 11, 2011
18
                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.11\Kellogg0118.DISM-error.wpd